**John P. LAWRENCE, Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

**No. 2006–5065.**

United States Court of Appeals, Federal Circuit.

Nov. 14, 2006.

Before NEWMAN, MAYER, and BRYSON, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AF-FIRMED. See* Fed. Cir. R. 36